IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES C. OSBORNE, IV, | ) |
| Petitioner, | ) CASE NO. 3:12-0362 |
| | ) Chief Judge Haynes |
| v. | ) |
| JOHN HOWERTON, Warden, | ) |
| Respondent. | ) |

ORDER

Before the Court is Petitioner's motion to stay proceedings (Docket Entry No. 19) contending that the parties agree that the issue of the applicability of Martinez v. Ryan, 132 S.Ct. 1309 (2012) to Tennessee should be stayed pending the outcome of Trevino v. Thaler, 449 Fed. App'x 415 (5th Cir. 2011), cert granted 133 S.Ct. 524 (2012). This motion to stay is **GRANTED**. This action is **ADMINISTRATIVELY CLOSED**, but may be reopened by motion of any party.

It is so **ORDERED**.

ENTERED this the ___ day of March, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court